UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee** | CIVIL ACTION NO: |
| **Plaintiff** | COMPLAINT |
| vs. | RE:<br>5 Eastern Avenue, Jay, ME 04239 |
| **Tracey L. Doiron and Neil J. Tuttle** | Mortgage:<br>July 3, 2007<br>Book 2925, Page 187 |
| **Defendants** | |

NOW COMES the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Tracey L. Doiron and Neil J. Tuttle, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association

as Indenture Trustee, in which the Defendants, Tracey L. Doiron and Neil J. Tuttle, are the obligor and the total amount owed under the terms of the Note is One Hundred Fifty-Seven Thousand One Hundred Seventy-Seven and 17/100 ($157,177.17) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee is a corporation with its principal place of business located at 425 Walnut Street, Cincinnati, OH 45202.

5. The Defendant, Tracey L. Doiron, is a resident of Jay, County of Franklin and State of Maine.

6. The Defendant, Neil J. Tuttle, is a resident of Jay, County of Franklin and State of Maine.

## FACTS

7. On July 3, 2007, by virtue of a Warranty Deed from Tracey Lynn Doiron, which is recorded in the Franklin County Registry of Deeds in **Book 2925, Page 185**, the property situated at 5 Eastern Avenue, City/Town of Jay, County of Franklin, and State of Maine, was conveyed to Tracey L. Doiron and Neil J. Tuttle, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On July 3, 2007, Defendants, Tracey L. Doiron and Neil J. Tuttle, executed and delivered to Evest Lending, Inc. a certain Note under seal in the amount of $159,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on July 3, 2007, Defendants, Tracey L. Doiron and Neil J. Tuttle executed a Mortgage Deed in favor of Evest Lending, Inc., securing the property located at 5 Eastern Avenue, Jay, ME 04239 which Mortgage Deed is recorded in the Franklin County Registry of Deeds in **Book 2925**, **Page 187**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to Regions Bank D/B/A Regions Mortgage by virtue of an Assignment of Mortgage dated April 23, 2008 and recorded in the Franklin County Registry of Deeds in **Book 3023**, **Page 288**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to Towd Point Master Funding Trust 2014-04 by virtue of an Assignment of Mortgage dated April 1, 2014 and recorded in the Franklin County Registry of Deeds in **Book 3889**, **Page 226**. *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Firstkey Mortgage, LLC by virtue of an Assignment of Mortgage dated January 26, 2017 and recorded in the Franklin County Registry of Deeds in **Book 3890**, **Page 135**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee by virtue of an Assignment of Mortgage dated February 19, 2019 and recorded in the Franklin County Registry of Deeds in **Book 4069**, **Page 252**. *See* Exhibit H (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee by virtue of an Assignment of Mortgage dated January 26, 2017 and recorded in the Franklin County Registry of Deeds in **Book 4152**, **Page 223**. *See* Exhibit I (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. On July 30, 2008, the Defendants, Tracey L. Doiron and Neil J. Tuttle, executed a Modification Agreement which increased the principal amount of the Note to $159,000.00 (herein after referred to as the "Loan Modification"). *See* Exhibit E (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

16. On April 5, 2021, the Defendants, Tracey L. Doiron and Neil J. Tuttle, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit J (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed the Defendants, Tracey L. Doiron and Neil J. Tuttle, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit J.

18. The Defendants, Tracey L. Doiron and Neil J. Tuttle, failed to cure the default prior to the expiration of the Demand Letter.

19. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is the lawful holder and owner of the Note and Mortgage.

21. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

22. The total debt owed under the Note and Mortgage as of June 24, 2021 is One Hundred Fifty-Seven Thousand One Hundred Seventy-Seven and 17/100 ($157,177.17) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $127,791.44 |
| Interest | $15,523.14 |
| Escrow/Impound Required | $11,634.85 |
| Late Fees | $66.62 |
| Loan Level Advance Balance | $2,150.10 |
| Interest on Advances | $0.02 |
| Recording Fee | $11.00 |
| Grand Total | $157,177.17 |

23. Upon information and belief, the Defendants, Tracey L. Doiron and Neil J. Tuttle, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

24. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, repeats and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 5 Eastern Avenue, Jay, County of Franklin, and State of Maine. *See* Exhibit A.

26. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is the holder of the Note referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, has the right to foreclosure and sale upon the subject property.

27. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is the current owner and investor of the aforesaid Mortgage and Note.

28. The Defendants, Tracey L. Doiron and Neil J. Tuttle, are presently in default on said Mortgage and Note, having failed to make the monthly payment due September 1, 2018, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

29. The total debt owed under the Note and Mortgage as of June 24, 2021 is One Hundred Fifty-Seven Thousand One Hundred Seventy-Seven and 17/100 ($157,177.17) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $127,791.44 |
| Interest | $15,523.14 |
| Escrow/Impound Required | $11,634.85 |
| Late Fees | $66.62 |
| Loan Level Advance Balance | $2,150.10 |

| | |
|---|---|
| Interest on Advances | $0.02 |
| Recording Fee | $11.00 |
| Grand Total | $157,177.17 |

30. The record established through the Franklin County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

31. By virtue of the Defendants, Tracey L. Doiron and Neil J. Tuttle's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

32. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, Tracey L. Doiron and Neil J. Tuttle, on April 5, 2021, evidenced by the Certificate of Mailing. *See* Exhibit J.

33. The Defendants, Tracey L. Doiron and Neil J. Tuttle, are not in the Military as evidenced by the attached Exhibit K.

## COUNT II – BREACH OF NOTE

34. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, repeats and re-alleges paragraphs 1 through 33 as if fully set forth herein.

35. On July 3, 2007, the Defendants, Tracey L. Doiron and Neil J. Tuttle, executed under seal and delivered to Evest Lending, Inc. a certain Note in the amount of $159,000.00. *See* Exhibit B.

36. The Defendants, Tracey L. Doiron and Neil J. Tuttle, are in default for failure to properly tender the September 1, 2018 payment and all subsequent payments. *See* Exhibit J.

37. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is the proper holder of the Note and is entitled

to enforce the terms and conditions of the Note due to its breach by the Defendants, Tracey L. Doiron and Neil J. Tuttle.

38. The Defendants, Tracey L. Doiron and Neil J. Tuttle, having failed to comply with the terms of the Note and Mortgage, are in breach of both the Note and the Mortgage.

39. The Defendants Tracey L. Doiron and Neil J. Tuttle's breach is knowing, willful, and continuing.

40. The Defendants Tracey L. Doiron and Neil J. Tuttle's breach has caused Plaintiff Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

41. The total debt owed under the Note and Mortgage as of June 24, 2021, if no payments are made, is One Hundred Fifty-Seven Thousand One Hundred Seventy-Seven and 17/100 ($157,177.17) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $127,791.44 |
| Interest | $15,523.14 |
| Escrow/Impound Required | $11,634.85 |
| Late Fees | $66.62 |
| Loan Level Advance Balance | $2,150.10 |
| Interest on Advances | $0.02 |
| Recording Fee | $11.00 |
| Grand Total | $157,177.17 |

42. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

43. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, repeats and re-alleges paragraphs 1 through 42 as if fully set forth herein.

44. By executing, under seal, and delivering the Note, the Defendants, Tracey L. Doiron and Neil J. Tuttle, entered into a written contract with Evest Lending, Inc. who agreed to loan the amount of $159,000.00 to the Defendants. *See* Exhibit B.

45. As part of this contract and transaction, the Defendants, Tracey L. Doiron and Neil J. Tuttle, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

46. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is the proper holder of the Note and successor-in-interest to Evest Lending, Inc., and has performed its obligations under the Note and Mortgage.

47. The Defendants, Tracey L. Doiron and Neil J. Tuttle, breached the terms of the Note and Mortgage by failing to properly tender the September 1, 2018 payment and all subsequent payments. *See* Exhibit J.

48. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, Tracey L. Doiron and Neil J. Tuttle.

49. The Defendants, Tracey L. Doiron and Neil J. Tuttle, having failed to comply with the terms of the Note and Mortgage, are in breach of contract.

50. The Defendants, Tracey L. Doiron and Neil J. Tuttle, are indebted to Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee in the sum of One Hundred Fifty-Seven Thousand One Hundred Seventy-Seven and 17/100 ($157,177.17) Dollars, for money lent by the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, to the Defendants.

51. Defendants Tracey L. Doiron and Neil J. Tuttle's breach is knowing, willful, and continuing.

52. Defendants Tracey L. Doiron and Neil J. Tuttle's breach has caused Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

53. The total debt owed under the Note and Mortgage as of June 24, 2021, if no payments are made, is One Hundred Fifty-Seven Thousand One Hundred Seventy-Seven and 17/100 ($157,177.17) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $127,791.44 |
| Interest | $15,523.14 |
| Escrow/Impound Required | $11,634.85 |
| Late Fees | $66.62 |
| Loan Level Advance Balance | $2,150.10 |
| Interest on Advances | $0.02 |
| Recording Fee | $11.00 |
| Grand Total | $157,177.17 |

54. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

55. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, repeats and re-alleges paragraphs 1 through 54 as if fully set forth herein.

56. Evest Lending, Inc., predecessor-in-interest to Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, loaned Defendants, Tracey L. Doiron and Neil J. Tuttle, $159,000.00. *See* Exhibit B.

57. The Defendants, Tracey L. Doiron and Neil J. Tuttle, are in default for failure to properly tender the September 1, 2018 payment and all subsequent payments. *See* Exhibit J.

58. As a result of the Defendants Tracey L. Doiron and Neil J. Tuttle's failure to perform under the terms of their obligation, the Defendants, should be required to compensate the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee.

59. As such, the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V – UNJUST ENRICHMENT

60. The Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, repeats and re-alleges paragraphs 1 through 59 as if fully set forth herein.

61. Evest Lending, Inc., predecessor-in-interest to Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, loaned the Defendants, Tracey L. Doiron and Neil J. Tuttle, $159,000.00. *See* Exhibit B.

62. The Defendants, Tracey L. Doiron and Neil J. Tuttle, have failed to repay the loan obligation.

63. As a result, the Defendants, Tracey L. Doiron and Neil J. Tuttle, have been unjustly enriched to the detriment of the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee as successor-in-interest to Evest Lending, Inc. by having received the aforesaid benefits and money and not repaying said benefits and money.

64. As such, the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, upon the expiration of the period of redemption;

c) Find that the Defendants, Tracey L. Doiron and Neil J. Tuttle, are in breach of the Note by failing to make payment due as of September 1, 2018, and all subsequent payments;

d) Find that the Defendants, Tracey L. Doiron and Neil J. Tuttle, are in breach of the Mortgage by failing to make payment due as of September 1, 2018, and all subsequent payments;

e) Find that the Defendants, Tracey L. Doiron and Neil J. Tuttle, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendants, Tracey L. Doiron and Neil J. Tuttle, are in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due September 1, 2018 and all subsequent payments;

g) Find that the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendants, Tracey L. Doiron and Neil J. Tuttle have been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, to restitution;

j) Find that the Defendants, Tracey L. Doiron and Neil J. Tuttle, are liable to the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, for money had and received;

k) Find that the Defendants, Tracey L. Doiron and Neil J. Tuttle, are liable to the Plaintiff for quantum meruit;

l) Find that the Defendants, Tracey L. Doiron and Neil J. Tuttle, have appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendants, Tracey L. Doiron and Neil J. Tuttle, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, is entitled to restitution for this benefit from the Defendants, Tracey L. Doiron and Neil J. Tuttle;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendants, Tracey L. Doiron and Neil J. Tuttle, and in favor of the Plaintiff, Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee, in the amount of One Hundred Fifty-Seven Thousand One Hundred Seventy-Seven and 17/100 ($157,177.17 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee,
By its attorneys,

Dated: July 20, 2021

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com