## EXHIBIT A

A certain lot or parcel of land, with the buildings and improvements thereon, situated in the Town of Jay, County of Franklin and State of Maine and being more particularly described as follows, viz:

Commencing at an iron pin set in the ground at the Northwest corner Lot #96 as set forth in the Plan referred to above; thence proceeding Northerly, along the East bounds of Eastern Avenue, so-called, ninety (90) feet, more or less; thence proceeding Easterly one hundred and eleven feet and six (111 ft. and 6 in.) inches, more or less, to land of Leon Dow; thence proceeding Southerly, along said land of Leon Dow, ninety (90) feet, more or less, to the Northeast boundary of Lot #96; thence proceeding Westerly, along the North bounds of said Lot #96, one hundred and eleven feet, (111) more or less to the East bounds of Eastern Avenue, so-called, and same being the place of beginning.

For Grantors' source of title, see deed from Tracey Lyn Doiron of even or recent date to be recorded in the Franklin County Registry of Deeds herewith. Reference is made to deed, dated August 24, 2005 and recorded in the Franklin County Registry of Deeds in Book 2654, Page 158.

