When Recorded Return to:

Regions Mortgage
2050 Parkway Office Circle, RCN 6
Birmingham, Alabama 35244

Space Above for Recorder's Use

## CORPORATION ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned hereby grants, assigns, and transfers to: _____
**REGIONS BANK D/B/A REGIONS MORTGAGE** _____

all beneficial interest under that certain Mortgage Dated: JULY 3, 2007   Book 2925  Page 187
Executed by:  TRACEY L. DOIRON, AN UNMARRIED WOMAN and NEIL J. TUTTLE, AN UNMARRIED MAN, Mortgagor, to: EVEST LENDING, INC., Mortgagee, and recorded in the Official Records in the County Recorders Office of FRANKLIN County, MAINE, describing land therein as:
SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR ALL PURPOSES

POOR ORIGINAL

Together with the note therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

EVEST LENDING, INC.

By _____   Attest: _____
~~Vice President~~              ~~Asst. Secretary~~
Director                         PRESIDENT

State of MAINE, County of FRANKLIN

The foregoing instrument was acknowledged before me this 23rd APRIL, 2008, by _____ and _____, ~~Vice President and~~ Director And
~~Asst. Secretary~~ of EVEST LENDING, INC. a DELAWARE corporation, on behalf of the corporation.
president

_____
Notary Public

0075

Ref. Champagne & Marchand PC.
Wilmington, MA

**FRANKLIN COUNTY**
*Susan O. Black*
**Register of Deeds**

Donna M. Cach
Notary Public, Maine
My Commission Expires
August 1, 2008

**EXHIBIT D**