## CORPORATE ASSIGNMENT OF MORTGAGE

Franklin, Maine
SELLER'S SERVICING #:

Date of Assignment: April 1, 2014
Assignor: Regions Bank DBA Regions Mortgage at 215 Forrest Street, Hattiesburg, MS 39401
Assignee: Towd Point Master Funding Trust 2014-04, 875 Third Avenue 6th Floor, New York, NY 10022

Executed by: Tracey L. Doiron, an unmarried woman and Jeil J. Tuttle, an unmarried man
To: Evest Lending, Inc
Date of Mortgage: 7/3/2007 Recorded: 7/11/2007 in Book: 2925 Page: 187-211 as Instrument No.: NA in the County of Franklin, State of Maine.

Property Address: 5    EASTERN AVENUE, JAY, ME 04239

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $ 159000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

Regions Bank DBA Regions Mortgage

By: _____
Leah King, Assistant Vice President

STATE OF Mississippi
COUNTY OF Forrest

Personally appeared before me, the undersigned authority in and for the said county and state, on this 1st day of April, 2014, within my jurisdiction, the within named Leah King, who acknowledged that she is Assistant Vice President of Regions Bank DBA Regions Mortgage, a United States corporation, and that for and on behalf of the said corporation, and its act and deed she executed the above and foregoing instrument after first having been duly authorized by said corporation so do to.

WITNESS my hand and official seal,

April Harrington
Notary Expires: 07/16/2017

*[Notary seal: STATE OF MISSISSIPPI, APRIL HARRINGTON, ID# 93636, NOTARY PUBLIC, Comm. Expires July 16, 2017, FORREST COUNTY]*


EXHIBIT F