PREPARED BY:
Towd Point Master Funding LLC
c/o FirstKey Mortgage, LLC, as Administrator
900 Third Avenue, 5th Floor
New York, NY 10022
Attention: Transaction Managment

WHEN RECORDED RETURN TO:
Westcor Investor Services
600 West Germantown Pike, Suite 450
Plymouth Meeting, PA 19034

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned, **TOWD POINT MASTER FUNDING TRUST 2014-04**, located at c/o FirstKey Mortgage, LLC, as Administrator, 900 Third Avenue, 5th Floor, New York, NY 10022, Attention: Transaction Management ("ASSIGNOR/GRANTOR"), hereby grants, conveys, assigns to: **FIRSTKEY MORTGAGE, LLC**, a Florida limited liability company, located at **900 Third Avenue, 5th Floor, New York, NY 10022** ("ASSIGNEE/GRANTEE") all beneficial interest under that certain Mortgage, dated 07/03/2007 and executed by **TRACEY L. DOIRON, AN UNMARRIED WOMAN AND NEIL J. TUTTLE, AN UNMARRIED MAN**, borrower(s) to: **EVEST LENDING, INC.**, as original lender, and certain instrument recorded 07/11/2007, in Book 2925, Page 187, Instrument 6767, in the Official Records of Franklin County, the State of Maine, in the amount of $159,000.00 covering property located at: **5 EASTERN AVENUE, JAY, Maine 04239.**

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Mortgage including the right to have reconveyed, in whole or in part, the real property described therein.


EXHIBIT G

Dated: January 26, 2017

ASSIGNOR: TOWD POINT MASTER FUNDING TRUST 2014-04

By: FirstKey Mortgage, LLC, a Florida limited liability company, not in its individual capacity but solely as Administrator

By: *[signature]*

Name: William Walenczyk

Title: Authorized Signatory

State of: New York
County of: New York

Before me, , duly commissioned Notary Public, on this day personally appeared **William Walenczyk, Authorized Signatory, FirstKey Mortgage, LLC, a Florida limited liability company, not in its individual capacity but solely as Administrator of TOWD POINT MASTER FUNDING TRUST 2014-04**, known to me (or proved to me on the oath of _____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 26 day of January, 2017.

*[signature]*

Notary Public's Signature

Printed Name: JOSE CHAVEZ
My Commission Expires:

NOTARY PUBLIC, State of New York
No. 01CH6139294
Qualified in Westchester County
Commission Expires Jan. 03, 20__

Property Address: 5 EASTERN AVENUE, JAY, Maine 04239