N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

N O T
A N
O F F I C I A L
C O P Y

Recording Requested By:
Select Portfolio Servicing, Inc.

When recorded return to :
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/FRANKLIN

Assignment Prepared on: February 04, 2019

**Assignor: TOWD POINT MASTER FUNDING TRUST 2014-04 BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT,** at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee: TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES, SERIES 2016-1, U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,** at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 7/3/2007, in the amount of $159,000.00, executed by TRACEY L. DOIRON, AN UNMARRIED WOMAN AND NEIL J. TUTTLE, AN UNMARRIED MAN to EVEST LENDING, INC. and Recorded: 7/11/2007, Instrument #: 6767, Book: 2925, Page: 187 in FRANKLIN County, State of MAINE.

Property Address: 5 EASTERN AVENUE , JAY , ME, 04239

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

TOWD POINT MASTER FUNDING TRUST 2014-04 BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT

On: FEB 19 2019

By: *Cassidy Shay*

Name: Cassidy Shay

Title: Document Control Officer

State of UTAH
County of SALT LAKE

On FEB 19 2019 , before me, Chanthaly Many , a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Cassidy Shay Document Control Officer TOWD POINT MASTER FUNDING TRUST 2014-04 BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Chanthaly Many

Notary Expires: OCT 15 2019 / #: 685861

CHANTHALY MANY
Notary Public State of Utah
My Commission Expires on:
October 15, 2019
Comm. Number: 685861

ME/FRANKLIN



**EXHIBIT**

**H**