N O T  N O T
A N  A N
O F F I C I A L  O F F I C I A L
C O P Y  C O P Y

N O T  N O T
A N  A N
O F F I C I A L  O F F I C I A L
C O P Y  C O P Y

PREPARED BY:
Firstkey Mortgage, LLC
900 Third Avenue, 5th Floor
New York, NY 10022

When recorded return to : RMR
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned, **FIRSTKEY MORTGAGE, LLC, a Florida limited liability company**, located at 900 Third Avenue, New York, NY 10022 ("ASSIGNOR/GRANTOR"), hereby grants, conveys, assigns to:

**\*\*See Attached\*\***

located at: _____
("ASSIGNEE/GRANTEE") all beneficial interest under that certain **Mortgage**, dated **07/03/2007** and executed by **TRACEY L. DOIRON, AN UNMARRIED WOMAN AND NEIL J. TUTTLE, AN UNMARRIED MAN**, borrower(s) to: **EVEST LENDING, INC.**, as original lender, and certain instrument recorded **07/11/2007**, in **Book 2925, Page 187, Instrument 6767**, in the Official Records of **Franklin** County, the State of **Maine**, $159,000.00, covering property located at: **5 EASTERN AVENUE, JAY, Maine 04239.**



EXHIBIT I

N O T  
A N  
O F F I C I A L  
C O P Y  

N O T  
A N  
O F F I C I A L  
C O P Y  

N O T  
A N  
O F F I C I A L  
C O P Y  

N O T  
A N  
O F F I C I A L  
C O P Y

Dated: January 26, 2017

ASSIGNOR: FIRSTKEY MORTGAGE, LLC, a Florida limited liability company

By: _William Walenczyk_

Name: William Walenczyk

Title: Authorized Signatory

State of : New York  
County of : New York

Before me, , duly commissioned Notary Public, on this day personally appeared **William Walenczyk, Authorized Signatory, FIRSTKEY MORTGAGE, LLC, a Florida limited liability company**, known to me (or proved to me on the oath of _____ or through _____) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __26__ day of January, 2017.

SUSAN NETROSIO  
NOTARY PUBLIC, State of New York  
No. 01NE6010273  
Qualified in Westchester County  
Commission Expires July, 20__18__

Notary Public's Signature

**Printed Name:**

**My Commission Expires:**

Property Address: 5 EASTERN AVENUE, JAY, Maine 04239

NOT AN OFFICIAL COPY

NOT AN OFFICIAL COPY

**Attachment**

Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-1, U.S. Bank National Association as Indenture Trustee

C/O Select Portfolio Servicing, Inc., 3217 Decker Lake Dr., Salt Lake City, UT 84119