UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TOWD POINT MORTGAGE TRUST ASSET-BACKED SECURITIES SERIES 2016-1, et al.,<br><br>   Plaintiffs<br><br>v.<br><br>TRACEY L. DOIRON, et al.,<br>   Defendants | CIVIL NO. 1:21-cv-00204-JAW |

## JUDGMENT

In accordance with the Order issued by U.S. District Judge John A. Woodcock, Jr., dated December 2, 2021, the plaintiff's Complaint is dismissed with prejudice and without costs.

JUDGMENT of dismissal is hereby entered.

                              CHRISTA K. BERRY, CLERK

                              By: /s/ Teagan Snyder
                                  Deputy Clerk

Dated: December 2, 2021